Peter Armentrout, Appellant, v. Central Trust Company of New York, Appellee.

(Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 21, 1916.

### Statement of the Case.

Bill for an accounting by Peter Armentrout, complainant, against the Central Trust Company of New York, defendant. From a decree dismissing the bill after a demurrer thereto had been sustained, the complainant appeals.

314    APPELLATE COURTS OF ILLINOIS.

Armentrout v. Central Trust Co. of N..Y., 201 Ill. App. 313.

WILLIAM L. BARNUM, JR., and MICHAEL ECKSTEIN, for appellant; George B. HOLMES, of counsel.

W. W. GURLEY, GEORGE B. GILLESPIE and HOWARD M. CARTER, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

1. ACCOUNT, § 26*—*when bill for accounting insufficient.* A demurrer to a bill for an accounting filed by a member of a mutual life insurance association against a trust company, alleging that the defendant received a fund which the plaintiff's certificate provided should be set aside for the benefit of himself and others similarly situated, and that such association had become bankrupt, and its assets, including the fund in question, by orders of a bankruptcy court had been paid in part settlement of death claims and that no further assets remained, *held* properly sustained, as was also a demurrer to an amended bill, omitting the allegation as to the bankruptcy, but not alleging that said fund had not been paid over by the defendant to certain other parties in accordance with its agreement with the association, as set forth in the bill, and alleging that certain bonds were not issued to the complainant, as provided by his certificate, since the duty to issue such bonds was that of the association and not of the defendant.

2. PLEADING, § 38*—*when inferences not drawn in favor of pleader.* Nothing will be inferred in favor of a pleader which has not been alleged in his pleadings.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.